```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
                                        :
UNITED STATES                           :
                                        :
                                        :
v.                                      :   CRIM. NO. 3:14CR81 (JAM)
                                        :
SCOTT ET AL                             :
                                        :
```

**RULING ON PRETRIAL DISCOVERY MOTIONS AND MOTIONS IN LIMINE**

  The following defendants have filed motions to adopt or join the substantive motions of their co-defendants:

- Defendant Melkuan Scott seeks to join defendant Arthur Stanley's Motion in Limine re: Gang Affiliation [Doc. #419] and defendant Ricardo Howe's Motion in Limine: Exclusion of Youtube Video [Doc. #446] **[Doc. #487].**

- Defendant Arthur Stanley seeks to join defendant Tyshawn McDade's Motion to Strike Surplusage and Preclude Evidence [Doc. #424], Motion to Suppress Contents of Intercepted Wire or Oral Communications [Doc. #422], and Motion in Limine re: Prior Felony Record [Doc. #421] **[Doc. #434].**

- Defendant Rashawn Dubose seeks to join defendant McDade's Motion to Suppress Contents of Intercepted Wire or Oral Communications [Doc. #422] **[Doc. #435].**

- Defendant Dubose also seeks to join defendant Stanley's Motion to Compel Disclosure of a Summary or Expert Testimony [Doc. #418] and Motion in Limine re: Gang Affiliation [Doc. #419] **[Doc. #436].**

1

- Defendant Ricardo Howe seeks to join defendant Stanley's Motion to Compel Disclosure of a Summary or Expert Testimony [Doc. #418], Motion for Disclosure of Prior Misconduct [Doc. #417], and Motion in Limine re: Gang Affiliation [Doc. #419], Motion to Suppress Title III Evidence [Doc. #420], and defendant Scott's Motion to Suppress Title III evidence [Doc. #431] **[Doc. #449]**.

The Court **GRANTS** the pending motions to adopt/join [Doc. ## 434, 435, 436, 449, 487] only to the extent that they seek to join the motions so indicated. The Court otherwise reincorporates by reference its prior rulings on the motions which defendants seek to join or adopt.

This is not a recommended ruling. This is a non-dispositive discovery ruling and order which is reviewable pursuant to the "clearly erroneous" statutory standard of review. 28 U.S.C. § 636 (b)(1)(A); Fed. R. Crim. P. 59(a). As such, it is an order of the Court unless reversed or modified by the district judge upon motion timely made.

SO ORDERED at Bridgeport this 1st day of April 2015.

_____/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE